# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**VERONICA TYLER,**
**O/B/O NLB,**

    *Plaintiff,*

v.                                                                    **CASE NO. 1:15-cv-00166-MP-GRJ**

**CAROLYN W COLVIN,**

    *Defendant.*

_____/

**O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 14, 2016. (ECF No. 14).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.  Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.  The Court agrees with the Magistrate Judge that the Administrative Law Judge did not explain and identify the substantial evidence of record that supports his conclusion to discount the opinions of a treating physician, Dr.

Peden, and NLB's special education teacher and his guidance counselor. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.  The decision of the Commissioner, denying benefits, is reversed and this matter remanded to the Commissioner.

2. The Clerk is directed to enter final judgment remanding this case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings in order for the Administrative Law Judge to (1) accord proper weight to Dr. Peden's opinion, and in the event the ALJ determines that Dr. Peden's opinion should not be accorded controlling weight, the ALJ must explain and identify the substantial evidence of record that supports his conclusion to discount the opinion; and (2) provide further explanation as to his treatment and evaluation of the opinions of the special education teacher and the guidance counselor.

3. Pursuant to <u>Bergen v. Commissioner</u>, 454 F.3d 1273 (11th Cir. 2006), proceedings on attorney fees under the Social Security Act, 42 U.S.C. § 406(b) are stayed until the matter is fully adjudicated upon remand. The plaintiff shall file a motion to award fees under 406(b) within 30

days after counsel receives notice from the Commissioner as to plaintiff's past due benefits.

4. This stay relates only to attorney fee proceedings under § 406(b) of the Social Security Act, not to attorney fee proceedings under the Equal Access to Justice Act, 28 U.S.C. § 2412, the latter of which may be adjudicated at this time.

**SO ORDERED on August 19, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**
